UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>        Defendants. | No. 2:17-cv-0175 KJM AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2018, are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is denied with prejudice;

3. Plaintiff is directed to submit, within fourteen (14) days, the full filing fee of $400.00;

4. Plaintiff is informed that failure to timely pay the filing fee will result in dismissal of this action without prejudice; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 16, 2019.

_____
UNITED STATES DISTRICT JUDGE