UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>        Defendants. | No. 2:17-cv-0175 KJM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed under 42 U.S.C. § 1983. By order filed January 16, 2019, this court denied plaintiff's motion to proceed in forma pauperis under the three-strikes rule set forth in 28 U.S.C. §1915(g). *See* ECF No. 7. The court directed plaintiff to submit the full filing fee of $400.00 within fourteen days, and informed plaintiff that "failure to timely pay the filing fee will result in dismissal of this action without prejudice." *Id.* at 2. The deadline for submitting the fee has passed and plaintiff has not submitted the filing fee or otherwise communicated with this court.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: February 27, 2019.

                                                                       UNITED STATES DISTRICT JUDGE